**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 495 EAL 2014
:
     Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
   v. :
:
:
:
VERNANDO R. JONES, :
:
     Petitioner :

## ORDER

**PER CURIAM**

   **AND NOW**, this 24th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.